| | |
|---|---|
| ANNA MELIKYAN,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | No. 2:19-cv-125-EFB<br><br><br>ORDER |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Plaintiff filed a complaint seeking judicial review of a final decision of the Commissioner of Social Security denying her applications for disability insurance benefits and supplemental security income. ECF No. 1. She has filed an application for leave to proceed *in forma pauperis*, but the form is incomplete. *See* ECF No. 3. Accordingly, the request (ECF No. 3) is denied without prejudice to filing a properly completed application for leave to proceed *in forma pauperis*.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's application for leave to proceed *in forma pauperis* (ECF No. 3) is denied without prejudice to filing a properly completed application for leave to proceed *in forma pauperis*.

/////

2. Within 14 days from the date of this order, plaintiff shall submit a signed and complete affidavit in support of her request for leave to proceed *in forma pauperis*. Failure to comply with this order may result in a recommendation that action being dismissed.

DATED: January 24, 2019.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE