**JESSE S. KAPLAN  CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**ANNA MELIKYAN**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

-o0O0o-

| | |
|---|---|
| ANNA MELIKYAN, | No.   2:19-CV-00125-EFB |
| **Plaintiff,** | |
| | **STIPULATION AND [proposed] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY** |
| v. | |
| Andrew Saul, COMMISSIONER OF SOCIAL SECURITY, | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to October 8, 2019.

This is a first extension based on plaintiff's counsel's other work, made after the due date but previously discussed between counsel. The reason for this is basically plaintiff's counsel's workload. The record in this case was one of three filed on or about the same day, thus triggering

[Pleading Title] - 1

briefing. Besides completing briefs already pending, this is the last of those three being done, and besides doing the other two opening briefs, counsel has done most of a third motion, other than coordinating with opposing counsel on a joint statement of facts, and two reply briefs, along with all his other work.

Dated:   September 29, 2019                               /s/    *Jesse S. Kaplan*
                                                          JESSE S. KAPLAN
                                                          Attorney for Plaintiff


                                                          McGREGOR W. SCOTT
                                                          United States Attorney
                                                          DEBORAH LEE STACHEL
                                                          Regional Counsel, Region IX
                                                          Social Security Administration

Dated:   September 30, 2019                                */s/ per e-mail authorization*
                                                          JEFFREY CHEN
                                                          Special Assistant U.S. Attorney
                                                          Attorney for Defendant


## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment is granted nunc pro tunc, and plaintiff's motion for summary judgment (ECF No. 16) is deemed timely.

SO ORDERED.

Dated:  October 15, 2019.
                                              _____
                                              EDMUND F. BRENNAN
                                              UNITED STATES MAGISTRATE JUDGE