McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ANNA MELIKYAN,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:19-cv-00125-EFB<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR A SECOND EXTENSION OF TIME FOR DEFENDANT TO FILE HER MSJ** |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a second extension of time of 30 days to file her motion for summary judgment. Defendant respectfully requests this extension of time because the undersigned has significant amounts of use-or-lose leave that must be exhausted by the end of the year, and is schedule to be absent from December 9 through December 13, and December 23 through January 3, 2020.

The new due date for Defendant's MSJ will be Wednesday, January 8, 2020.

Respectfully submitted,

Date: *December 6, 2019*  By:  */s/ Jesse S. Kaplan**
JESSE S. KAPLAN
* *By email authorization on December 6, 2019*
Attorney for Plaintiff

Date: *December 6, 2019*  McGREGOR W. SCOTT
United States Attorney

By:  */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

ORDER

APPROVED AND SO ORDERED.

DATED: December 9, 2019

HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ