McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ANNA MELIKYAN,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:19-cv-00125-EFB<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER FOR A THIRD EXTENSION OF TIME FOR DEFENDANT TO FILE HER MSJ** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a third extension of time of 14 days to file her motion for summary judgment. After evaluating the record and Plaintiff's MSJ, the undersigned believes that this case may warrant voluntary remand in lieu of further litigation. The recommendation is currently with the Appeals Council, and the undersigned believes this additional time should be sufficient for their consideration.

1 | The new due date for Defendant's MSJ or any remand stipulation will be Wednesday,
2 | January 22, 2020.

Respectfully submitted,

Date: *January 8, 2020*　　　By:　*/s/ Jesse S. Kaplan**
　　　　　　　　　　　　　　　　JESSE S. KAPLAN
　　　　　　　　　　　　　　　　* *By email authorization on January 8, 2020*
　　　　　　　　　　　　　　　　Attorney for Plaintiff

Date: *January 8, 2020*　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　By:　*/s/ Michael K. Marriott*
　　　　　　　　　　　　　　　　MICHAEL K. MARRIOTT
　　　　　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　　　　　Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

ORDER

APPROVED AND SO ORDERED.

DATED: January 9, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ

2