McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ANNA MELIKYAN,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:19-cv-00125-EFB<br><br>**STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

Stipulation for Voluntary Remand

1

Upon remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to obtain evidence from an appropriate medical expert to clarify the nature, severity and limiting effects of Plaintiff's medically determinable left arm impairments. In addition, the ALJ will further consider whether Plaintiff can perform work that exists in significant numbers within the national economy, and seek additional vocational expert testimony as necessary; offer Plaintiff the opportunity for a hearing; to take further action to complete the administrative record resolving the above issues; and issue a new decision.

Respectfully submitted,

Date: *January 22, 2020*   By:   */s/ Jesse S. Kaplan\**
JESSE S. KAPLAN
*\* By email authorization on January 21, 2020*
Attorney for Plaintiff

Date: *January 22, 2020*   McGREGOR W. SCOTT
United States Attorney

By:   */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

<u>Of Counsel</u>
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

<u>ORDER</u>

APPROVED AND SO ORDERED. The Clerk is directed to enter judgment in plaintiff's favor.

DATED: January 23, 2020.

HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stipulation for Voluntary Remand